UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| MARIA GONZALEZ, | ) | |
| ALICIA RODRIGUEZ, | ) | |
| JUAN PAUL FERNANDEZ, and | ) | |
| GEORGE PABEY, | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:03cv0455 AS |
| | ) | |
| ROBERT A. PASTRICK, individually | ) | |
| and in his official capacity, | ) | |
| PASTRICK CAMPAIGN, | ) | |
| LAKE COUNTY ELECTION BOARD, | ) | |
| MEMBER JOHN BIERMAN, | ) | |
| MEMBER JEWELL G. HARRIS, JR., | ) | |
| MEMBER PATRICK G. GABRIONE, | ) | |
| JIM B. BROWN, | ) | |
| ANNA ANTON, in their official | ) | |
| capacities, and | ) | |
| STEPHEN STIGLICH, in his individual | ) | |
| capacity, | ) | |
| | ) | |
| **Defendants** | ) | |

*MEMORANDUM OPINION AND ORDER*

This court has been responsible for this case since its inception on or about October 29, 2003. Dealing with the realities involved, it is very hard to conceive that what has been <u>really</u> accomplished should please these plaintiffs and their counsel beyond their fondest expectations. It is true that everything that created the results these plaintiffs certainly wanted was not done in this court or in this case. The Supreme Court of Indiana did much, federal prosecutors and other judges in this court did much, and indeed there remains pending

a civil RICO case which this court is responsible for.  When it is all said and done, the issues raised in this case by these plaintiffs has simply become moot given the heavy docket that this court must face, both criminal and civil, and with no disrespect intended, and after the continuous close attention that has been given, the complaint in this case is now **DISMISSED** as **MOOT WITHOUT PREJUDICE**.  Each party will bear its own costs on dismissal.  **IT IS SO ORDERED**.

      **DATED:**  July 26, 2005

                                              **S/ ALLEN SHARP**
                                              **ALLEN SHARP, JUDGE**
                                              **UNITED STATES DISTRICT COURT**